IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RICHARD GENE WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>LANCE GRIFFIN, HEIDI ABBOTT, LAURA JANES, CONNIE WINNER, CATHY REDFERN, TRISTAN KOHUT, and SCOTT PIRANIAN,<br><br>Defendants. | CV 15-00028-H-DLC-JTJ<br><br>FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Plaintiff Richard Washington filed a Motion to Dismiss Dr. Tristan Kohut from this action. (Doc. 52.) In light of Mr. Washington's representation that Defendants do not object to the dismissal of Dr. Kohut, the Court issues the following:

### RECOMMENDATIONS

Mr. Washington's Motion to Dismiss Dr. Tristan Kohut (Doc. 52) should be GRANTED and Dr. Kohut should be DISMISSED as a defendant in this action.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS & RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may file objections to these Findings and Recommendations

1

within fourteen (14) days after service (mailing) hereof.[1] 28 U.S.C. § 636. Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

This order is not immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Fed.R.App.P. 4(a), should not be filed until entry of the District Court's final judgment.

DATED this 9th day of February 2017.

        /s/ John Johnston
        John Johnston
        United States Magistrate Judge

---

[1] As this deadline allows a party to act after the Findings and Recommendations is "served," it falls under Fed.R.Civ.P. 6(d). Therefore, three (3) days are added after the period would otherwise expire.