IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RICHARD GENE WASHINGTON, | CV 15-00028-H-DLC-JTJ |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| LANCE GRIFFIN, HEIDI ABBOTT, LAURA JANES, CONNIE WINNER, CATHY REDFERN, TRISTAN KOHUT, and SCOTT PIRANIAN, | |
| Defendants. | |

On May 8, 2017, mail to sent to Plaintiff Richard Washington was returned

as undeliverable.  (Doc. 59.)  The Local Rules for the District of Montana provide:

> (b)  Dismissal Due to Failure to Notify. The Court may dismiss a complaint without prejudice or strike an answer when:
> (1)  a document directed to the attorney or self-represented party by the court has been returned to the court as not deliverable; and
> (2)  the court fails to receive within 60 days of this return a written communication from the attorney or self-represented party indicating a current address for service.

L.R. 5.2(b).  The Court's April 19, 2017 Order mailed to Mr. Washington was

returned to the Court as unclaimed mail on May 8, 2017.  (Doc. 59.)  Within the

following 60-day period, and as of the date of this recommendation, Mr.

1

Washington has not provided the Court with a written notice informing it of his change of address.

Therefore, IT IS HEREBY RECOMMENDED that all pending motions should be terminated and this action DISMISSED without prejudice under Local Rule 5.2(b).

### NOTICE OF RIGHT TO OBJECT TO FINDINGS & RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

Mr. Washington may file objections to these Findings and Recommendations within fourteen (14) days after service (mailing) hereof.[1]  28 U.S.C. § 636.  Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

This order is not immediately appealable to the Ninth Circuit Court of Appeals.  Any notice of appeal pursuant to Fed.R.App.P. 4(a), should not be filed until entry of the District Court's final judgment.

DATED this 10th day of July 2017.

___/s/ John Johnston_____
John Johnston
United States Magistrate Judge

---

[1]As this deadline allows a party to act after the Findings and Recommendations is "served," it falls under Fed.R.Civ.P. 6(d).  Therefore, three (3) days are added after the period would otherwise expire.

2