IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED

AUG 1 7 2017

Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| RICHARD GENE WASHINGTON, | CV 15–28–H–DLC–JTJ |
| Petitioner, | |
| vs. | ORDER |
| LANCE GRIFFIN, HEIDI ABBOTT, LAURA JANES, CONNIE WINNER, CATHY REDFERN, TRISTAN KOHUT, and SCOTT PIRANIAN, | |
| Respondent. | |

United States Magistrate Judge John T. Johnston entered his findings and recommendations in this case on July 10, 2017, recommending that all pending motions be terminated and this action be dismissed without prejudice. Plaintiff Richard Gene Washington ("Washington") failed to timely object to the findings and recommendations, and so waived the right to de novo review of the record. 28 U.S.C. § 636(b)(1). The Court will therefore review the record for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

After reviewing the record and finding no clear error,

IT IS ORDERED that Judge Johnston's findings and recommendations

-1-

(Doc. 60) are ADOPTED IN FULL. All pending motions shall be TERMINATED

and this action is DISMISSED WITHOUT PREJUDICE.

DATED this 17th day of August, 2017.

Dana L. Christensen, Chief Judge
United States District Court